IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00121-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LUIS ORDONEZ-VEGA | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's motions for trial transcripts "for habeas." (Doc. Nos. 1258, 1259, 1260).

In order to obtain free copies of his transcripts, a defendant must show that he is indigent and that the transcripts "are needed to decide the issue presented by the suit ..." 28 U.S.C. § 753(f). A prisoner is not entitled to free transcripts without a showing of need, merely to comb the record in hopes of discovering some flaw. United States v. Glass, 317 F.2d 200, 202 (4th Cir. 1963). Here, the defendant's motion to vacate pursuant to 28 U.S.C. § 2255 was denied prior to the filing of the instant motions. (Doc. No. 1236: Order). He has not indicated any issue for which he believes the requested transcripts are necessary for his appeal of that decision.

**IT IS, THEREFORE, ORDERED** that defendant's motions for transcripts, (Doc. Nos. 1258, 1259, 1260), are **DENIED**.

Signed: December 10, 2021

Robert J. Conrad, Jr.
United States District Judge