IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00121-RJC-SCR

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LUIS ORDONEZ-VEGA (22) | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's motion to unseal any and all documents and to provide him with all documents used at trial, including transcripts. (Doc. No. 1348). The defendant was sentenced in 2016 after being convicted of RICO conspiracy, murder in aid of racketeering, and using a firearm in relation to a crime of violence resulting in death. (Doc. No. 825: Verdict; Doc. No. 1101: Judgment). His conviction and sentence were affirmed on appeal in 2018, (Doc. No. 1193: Opinion), and his motion to vacate under 18 U.S.C. § 2255 was denied, (Doc. No. 1236: Order; Doc. No. 1308: Opinion). The defendant recently filed a second motion to vacate. (Doc. No. 1347).

In order to obtain free copies of his transcripts, a defendant must show that he is indigent and that the transcripts "are needed to decide the issue presented by the suit ..." 28 U.S.C. § 753(f). A prisoner is not entitled to free transcripts without a showing of need, merely to comb the record in hopes of discovering some flaw. United States v. Glass, 317 F.2d 200, 202 (4th Cir. 1963). Here, the defendant has not indicated any issue for which he believes the requested documents and transcripts are necessary and which would justify unsealing any and all of them.

**IT IS, THEREFORE, ORDERED** that defendant's motion, (Doc. No. 1348), is **DENIED**.

Signed: November 13, 2023

Robert J. Conrad, Jr.
United States District Judge