IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00121-RJC-SCR

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LUIS ORDONEZ-VEGA | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's Motion to Compel. (Doc. No. 1349).

The defendant asks the Court to compel his former lawyer, Walter H. Paramore, III, to provide documents, transcripts, discovery, and video in his criminal case. (Id. at 1). "Upon termination of representation, a lawyer shall take steps to the extent reasonably practicable to protect a client's interests, such as . . . surrendering papers and property to which the client is entitled." N.C. R. Prof. Cond. 1.16(d); see also United States v. Basham, 789 F.3d 358, 388 (4th Cir. 2015) (reviewing legal authority requiring counsel to deliver client's file upon termination of representation). However, under this District's Standard Discovery Order, a defendant is not entitled to retain documents produced by the government after disposition of the case. (Order, June 9, 2015).

**IT IS, THEREFORE, ORDERED** that former counsel, Walter H. Paramore, III, shall file a response to the Motion to Compel within fourteen (14) days of the entry of this Order stating whether he retains papers and property to which the defendant is entitled.

The Clerk is directed to certify copies of this order to Mr. Paramore, the defendant, and the United States Attorney.

Signed: November 13, 2023

Robert J. Conrad, Jr.
United States District Judge