IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00121-RJC-SCR

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| LUIS ORDONEZ-VEGA (22) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se, (Doc. No. 1356), to reconsider the Court's denial, (Doc. No. 1350: Order), of his motion to unseal documents, (Doc. No. 1348).

The defendant subsequently filed a notice of appeal challenging the same decision. (Doc. No. 1357). Accordingly, the Court does not have jurisdiction to entertain his motion to reconsider. See <u>Griggs v. Provident Consumer Disc. Co.</u>, 459 U.S. 56, 58, (1982) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."); Fed. R. App. P. 4(b)(5) (district court retains jurisdiction to correct a sentence under Fed. R. Crim. P. 35(a) in criminal cases).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 1356), is **DISMISSED**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: January 3, 2024

Robert J. Conrad, Jr.
United States District Judge