IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00121-RJC-SCR

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| LUIS ORDONEZ-VEGA | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's Motion for Court to Find Former Counsel in Contempt. (Doc. No. 1355).

The defendant previously filed a Motion to Compel, (Doc. No. 1349), seeking documents and recordings from his former lawyer, Walter H. Paramore, III. On November 14, 2023, the Court ordered counsel to file a response within fourteen (14) days stating whether he retains papers and property to which the defendant is entitled. (Doc. No. 1351). When no response was filed, the defendant filed the instant motion to find counsel in contempt.

**IT IS, THEREFORE, ORDERED,** that counsel shall file a response within seven (7) days to show cause why he should not be held in contempt.

The Clerk is directed to send copies of this Order to the defendant and by certified mail to Walter H. Paramore, III, P.O. Box 215, Jacksonville, NC 28541-0215.

Signed: January 3, 2024

Robert J. Conrad, Jr.
United States District Judge