IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00121-RJC-SCR

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LUIS ORDONEZ-VEGA (22) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se Motion to Compel former appellate counsel W.H. Paramore III Davis to release trial transcripts, all discovery materials, and videos or CDs in his possession, (Doc. No. 1349); his Motion to Find Former Counsel in Contempt, (Doc. No. 1355); Mr. Paramore's response, (Doc. No. 1368); and related pleadings.

The Court previously denied the defendant's request for trial transcripts. (Doc. No. 1348: Motion; Doc. No. 1350: Order). Former counsel asserts that he did not receive discovery from the government for use on appeal, but rather considered objections made and preserved before this Court. (Doc. No. 1368: Response at 2). Based on the entire record of this case, the Court finds that the defendant has not shown that former counsel has retained any papers or property to which the defendant is entitled.

**IT IS, THEREFORE, ORDERED** that the Motion to Compel, (Doc. No. 1349), and Motion for Contempt, (Doc. No. 1355), are **DENIED**.

The Clerk is directed to certify copies of this order to Mr. Paramore, the defendant, and the United States Attorney.

Signed: May 30, 2024

Robert J. Conrad, Jr.
United States District Judge